### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

**United States of America**

   v.

**Juan Alberto Raya-Espinoza**

Citizen of Mexico

YOB: 1971        ICE#: A205 763 238

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 13-01342-001M

Nora Nunez (AFPD)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF** guilty on 4/26/13 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8 USC 1325 ILLEGAL ENTRY, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SEVENTY-FIVE (75) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED   **FINE:** NONE   **RESTITUTION:** NONE

**THE COURT** FINDS that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with factual basis and with an understanding of the consequences of the waiver.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

Date of Imposition of Sentence: **Friday, April 26, 2013**

_____   Date 4/26/13

JOHN A. BUTTRICK, United States Magistrate Judge

*13-01342-001M*   *Page 2 of 2*
*USA vs. Juan Alberto Raya-Espinoza*

**RETURN**

I have executed this Judgment as follows: _____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____   By: _____
United States Marshal                              Deputy Marshal

13-01342-001M -